**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

BODYGUARD PRODUCTIONS, INC.,
a Nevada Corporation

---

**MONTHLY STATUS REPORT**

---

COMES NOW Bodyguard Productions, Inc., ("Plaintiff"), by its attorneys, Brown & Kannady, LLC, and submits the following status report to inform the Court of the status of service in this case:

**Civil Action No. 17-cv-2675-WYD-MEH:** Subpoena sent to Comcast 11.14.17.

**Civil Action No. 17-cv-2680-WYD-MEH:** Subpoena sent to Comcast 11.14.17.

**Civil Action No. 17-cv-2689-WYD-MEH:** Subpoena sent to Comcast 11.14.17.

**Civil Action No. 17-cv-2726-WYD-MEH:** Case opened 11.14.17; subpoenas sent to Comcast 11.16.17.

**Civil Action No. 17-cv-2803-WYD-MEH:** Case opened 11.21.17; subpoenas sent to Comcast 11.27.17.

**Civil Action No. 17-cv-2808-WYD-MEH:** Case opened 11.22.17; subpoenas sent to Comcast 11.27.17.

**Civil Action No. 17-cv-2899-WYD-MEH:** Case opened 12.04.17; subpoenas sent to Comcast 12.06.17.

**Civil Action No. 17-cv-2924-WYD-MEH:** Case opened 12.5.17; subpoena sent to Comcast 12.8.17.

**Civil Action No. 17-cv-2935-WYD-MEH:** Case opened 12.6.17; subpoena sent to Comcast 12.8.17.

2

Respectfully submitted this 11th day of December 2017.

                              BROWN & KANNADY, LLC

                              **/s/ Scott T. Kannady**

                              Scott T. Kannady, No. 29995
                              2000 South Colorado Blvd., Suite 2-440
                              Denver, CO 80222
                              Phone: (303) 757-3800
                              Fax: (303) 757-3815
                              E-mail:  scott@brownlegal.com
                              ATTORNEYS FOR PLAINTIFF